FILED IN
COURT OF CRIMINAL APPEALS

March 31, 2015

ABEL ACOSTA, CLERK

PD-0350-15, PD-0351-15, PD-0352-15 & PD-0353-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 3/30/2015 12:00:00 AM
Accepted 3/31/2015 3:11:48 PM
ABEL ACOSTA
CLERK

PD._____

COURT OF CRIMINAL APPEALS
FOR THE
**STATE OF TEXAS**

**DUSTIN WAYNE GLENN**

**V.**

**THE STATE OF TEXAS**

**Appeals No. 01-13-00640-CR**
**Appeals No. 01-13-00641-CR**
**Appeals No. 01-14-00042-CR**
**Appeals No. 04-14-00195-CR**

**MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW**

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

COMES NOW, David Suhler, counsel for DUSTIN WAYNE GLENN, and files this motion asking that the Court extend the time for filing the Appellant's petition for discretionary review, and in support thereof, offers the following:

I.

a. This case is on appeal from the 405th District Court and the County Court-at-Law Number Three of Galveston County, Texas.

b. The style and number of the cases in the District Court are The State of Texas v. Dustin Wayne Glenn, Cause Numbers 12CR2237 and 12CR2238 and in the County Court-at-Law Number Three are Dustin Wayne Glenn v. The State of Texas Cause Numbers CV-0070368 and CV-0070369.

c. The Appellant was convicted by the 405th District Court after adjudicating Appellant guilty of the offenses of aggravated assault with a deadly weapon in both the felony charges and Appellant's writs of habeas corpus were denied in

the County Court-at-Law Number Three for convictions of the offenses of criminal trespass and resisting arrest, respectively.

d. Punishment was assessed by the 405th District Court at twelve (12) years confinement in the Texas Department of Criminal Justice – Institutional Division in both causes to run concurrently and by the County Court-at-Law Number Three at fifteen (15) days in jail in both causes to run concurrently.

e. The style and number of the cases in the First Court of Appeals are Dustin Wayne Glenn v. State of Texas, Appeal Numbers 01-13-00640-CR, 01-13-00641-CR, 01-14-00042 & 01-14-00195-CR.

f. The First Court of Appeals affirmed Appellant's convictions and sentence in the appeal of the felonies in an unpublished opinion on February 26, 2015 and the denial of Appellant's relief in the writs of habeas corpus also on February 26, 2015.

g. The present deadline for filing the Appellant's Petition for Discretionary Review is March 28, 2015, a Saturday, therefore the actual deadline is March 30, 2015.

h. The Appellant seeks an extension of time of 30 days, suggesting a new due date of April 30, 2015.

i. This is the Appellant's first request for an extension of time to file the Appellant's petition for discretionary review.

II.

This extension is not sought for the purpose of delaying this appeal, but relies on

the following facts to reasonably explain the need for an extension:

1.         Counsel for Appellant is currently completing briefing in other cases, causing a delay to adequately research and brief the referred cases by the deadline. Within one (1) week of the opinion from the First Court of Appeals, that court issued its rulings in another case for which PDR will also be sought. That matter has been on hold for over six (6) months while the First Court of Appeals decided the motion for rehearing and considerable time will be required for counsel to become familiar with the issues again.

2.         Counsel for Appellant recently experienced a hung jury in a District Court case and now must re-prepare for trial in that matter.

## III.

A criminal appellant, just like a criminal defendant at trial, is entitled to the adequate and effective assistance of counsel. *Evitts v. Lucey*, 469 U.S. 387, 396 (1985); *Ward v. State*, 740 S.W. 2d 794 (Tex.Crim.App. 1987). In order to be able to accurately identify and effectively brief all the potential issues presented in this case, counsel for Appellant needs additional time to review the record and conduct the necessary research to adequately prepare Appellant's Petition for Discretionary Review. This request is made pursuant to TEX. R. APP. P. 68.2 (c).

## IV.

Therefore, for the above reasons, Counsel for Appellant prays that the Court grant

an extension of time to April 30, 2015, for filing of the Appellant's Petition for Discretionary Review.

Respectfully submitted,

*David Suhler*_____
**DAVID SUHLER**
Attorney for Defendant
State Bar No. 19465900
P.O. Box 540744
Houston, Texas 77254-0744
(713) 522-1220

## CERTIFICATE OF SERVICE

I certify that a true copy of the above motion was delivered by email to Ms. Allison Lindblade with the Office of the Criminal District Attorney of Galveston County TX on March 28, 2015.

*David Suhler*_____
**DAVID SUHLER**